1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEMON HARDY POTTS, | CASE NO. 2:12-CV-02870-CKD |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, Defendant. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 6, 2013, by thirty days, to the new response date of July 8, 2013, and that Defendant's brief will be due August 7, 2013.  This extension is requested because the writer has a family emergency that she has to tend to.

DATED: June 7, 2013

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                              */s/ Daniel P. Talbert*
ANN M. CERNEY,                              DANIEL P. TALBERT,
Attorney for Plaintiff                           (As authorized via E-mail on 6/07/13 )
                                                        Special Assistant U S Attorney
                                                        Attorneys for Defendant

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| CLEMON HARDY POTTS, | CASE NO. 2:12-CV-02870-CKD |
| Plaintiff, | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before July 8, 2013.

SO ORDERED.

Dated: June 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE