UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMON POTTS,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | No.  2:12-cv-02870 CKD<br><br><br>ORDER |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed April 26, 2016, this matter was reversed and remanded.  ECF Nos. 25, 26.  The appellate court concluded that the matter should be remanded to the Commissioner for immediate payment of benefits.

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner for immediate payment of benefits consistent with the mandate of the United States Court of Appeals for the Ninth Circuit.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 potts2870.ss.remand